PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Richard A. Rosen
Robyn F. Tarnofsky
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: 212-373-3000
Facsimile: 212-757-3990

Attorneys for Defendants, Dwight W. Decker, Armando Geday, Robert McMullan and Balakrishnan S. Iyer

O'MELVENY & MYERS
Andrew J. Frackman
Times Square Tower
7 Times Square
New York, NY 10036

Attorneys for Defendants, Donald R. Beall, Jerre L. Stead, D. Scott Mercer, F. Craig Farril, Stephen J Bilodeau, Dipanjan Deb, John W. Marren, Giuseppe P. Zocco and Ralph J. Cicerone

STRADLING YOCCA CARLSON & RAUTH
Todd E. Gordinier, State Bar No. 82200
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6442

Attorneys for Nominal Defendant, Conexant Systems, Inc.

ORIGINAL

Priority
Send
Clsd
Enter
JS-5/JS-6
JS-2/JS-3

FILED
CLERK, U.S. DISTRICT COURT
MAR 2 2 2005
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

LODGED
2005 MAR 16 PM 3: 51

FAXED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RONALD A. GARGIULO, Derivatively On Behalf of CONEXANT SYSTEMS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>DWIGHT W. DECKER, ARMANDO GEDAY, ROBERT MCMULLAN, BALAKRISHNAN S. IYER, DONALD R. BEALL, JERRE L. STEAD, D. SCOTT MERCER, F. CRAIG FARRILL, STEPHEN J. BILODEAU, DIPANJAN DEB, JOHN W. | **CASE NO. SACV 05 103 GHK (VBKx)**<br><br>**STIPULATION RE: CONSOLIDATION OF CASE NO. SACV 05 0110 GHK (VBKx) INTO CASE NO. SACV 05 103 GHK (VBKx), AND ORDER THEREON** |

DOCKETED ON CM
MAR 2 3 2005
BY 007

36

MARREN, GIUSEPPE P. ZOCCO, RALPH J. CICERONE, and DOES 1-25,

Defendants,

- and-

CONEXANT SYSTEMS, INC., a Delaware corporation,

Nominal Defendant.

STEVEN MCGEE, Derivatively On Behalf of CONEXANT SYSTEMS, INC.,

Plaintiff,

vs.

DWIGHT W. DECKER, ARMANDO GEDAY, ROBERT MCMULLAN, BALAKRISHNAN S. IYER, DONALD R. BEALL, JERRE L. STEAD, D. SCOTT MERCER, F. CRAIG FARRILL, STEPHEN J. BILODEAU, DIPANJAN DEB, JOHN W. MARREN, GIUSEPPE P. ZOCCO, RALPH J. CICERONE, and DOES 1-25,

Defendants,

- and-

CONEXANT SYSTEMS, INC., a Delaware corporation,

Nominal Defendant.

**CASE NO. SACV 05 0110 GHK (VBKx)**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**WHEREAS** on January 18, 2005, Ronald. A Gargiulo filed a derivative action, Case No. 05CC00009, in California Superior Court for the County of Orange, against Defendants Dwight W. Decker, Armando Geday, Robert McMullan, Balakrishnan S. Iyer, Donald R. Beall, Jerre L. Stead, D. Scott Mercer, F. Craig Farrill, Stephen J. Bilodeau, Dipanjan Deb, John W. Marren, Giuseppe P. Zocco, Ralph J. Cicerone, and Conexant Systems, Inc.;

**WHEREAS** on January 31, 2005, Defendants removed the Gargiulo action to this Court and the case was assigned to the Honorable Alicemarie H. Stotler, Case No. SACV 05 103 AHS (RZx);

**WHEREAS** on January 25, 2005 Steven McGee filed a derivative action, Case No. 05CC00017 in California Superior Court for the County of Orange, against Defendants Dwight W. Decker, Armando Geday, Robert McMullan, Balakrishnan S. Iyer, Donald R. Beall, Jerre L. Stead, D. Scott Mercer, F. Craig Farrill, Stephen J. Bilodeau, Dipanjan Deb, John W. Marren, Giuseppe P. Zocco, Ralph J. Cicerone, and Conexant Systems, Inc.;

**WHEREAS** on February 1, 2005, Defendants removed the McGee action to this Court and the case was assigned to the Honorable David O. Carter, Case No. SACV 05 0110 DOC (ANx);

**WHEREAS** on March 7, 2005, the Gargiulo action and the McGee action were transferred to the Honorable George H. King, and assigned case numbers SACV 05 103 GHK (VBKx) and SACV 05 0110 GHK (VBKx), respectively.

STRADLING YOCCA CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

**WHEREAS** the causes of action contained in the above-referenced complaints arise from a common nexus of operative facts and involve common questions of law, and each complaint contains the identical causes of action against the same defendants arising from the same set of circumstances;

**WHEREAS** on March 8, 2005, plaintiffs Ronald A. Gargiulo and Steven McGee and defendants Dwight W. Decker, Armando Geday, Robert McMullan, Balakrishnan S. Iyer, Donald R. Beall, Jerre L. Stead, D. Scott Mercer, F. Craig Farrill, Stephen J. Bilodeau, Dipanjan Deb, John W. Marren, Giuseppe P. Zocco, Ralph J. Cicerone, and Conexant Systems, Inc., agreed, through their counsel of record, that the McGee case can and should be consolidated into the Gargiulo action for all purposes, with the Gargiulo case designated as the lead case;

**WHEREAS** on March 8, 2005, plaintiff Steven McGee and defendants Dwight W. Decker, Armando Geday, Robert McMullan, Balakrishnan S. Iyer, Donald R. Beall, Jerre L. Stead, D. Scott Mercer, F. Craig Farrill, Stephen J. Bilodeau, Dipanjan Deb, John W. Marren, Giuseppe P. Zocco, Ralph J. Cicerone, and Conexant Systems, Inc., agreed, through their counsel of record, that the McGee action shall be dismissed without prejudice;

**IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE ATTORNEYS OF RECORD** for each of the parties in the above-entitled action that:

1. That the McGee action, case number SACV 05 0110 GHK (VBKx), shall be consolidated into case number SACV 05 103 GHK (VBKx) for all purposes with case number SACV 05 103 GHK (VBKx) being designated the lead case; and,

2. The McGee action shall hereby be dismissed without prejudice.

DATED: March 16, 2005

RICHARD A. ROSEN
ROBYN F. TARNOFSKY
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

ANDREW J. FRACKMAN
O'MELVENY & MYERS

TODD E. GORDINIER
STRADLING YOCCA CARLSON & RAUTH, A Professional Corporation

By: [signature]
Todd E. Gordinier

Attorneys for Defendants

DATED: March __, 2005

JEFFREY P. FINK
ROBBINS UMEDA & FINK LLP

By:______________________
Jeffrey P. Fink
Attorneys for Plaintiff Ronald A. Gargiulo

DATED: March __, 2005

VENUS SOLTAN
SOLTAN & ASSOCIATES

By:______________________
Venus Soltan
Attorneys for Plaintiff Steven McGee

Received Mar-14-05 12:27pm From-619 525 3991 To-SYCAR 2 Page 008

Mar-09-05 04:53pm From-SYCAR 2 949 725 4100 T-559 P.007/008 F-013

2. The McGee action shall hereby be dismissed without prejudice.

DATED: March __, 2005

RICHARD A. ROSEN
ROBYN F. TARNOFSKY
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

ANDREW J. FRACKMAN
O'MELVENY & MYERS

TODD E. GORDINIER
STRADLING YOCCA CARLSON & RAUTH, A Professional Corporation

By:______________________
Todd E. Gordinier

Attorneys for Defendants

DATED: March 14, 2005

JEFFREY P. FINK
ROBBINS UMEDA & FINK LLP

By:______________________
Jeffrey P. Fink
Attorneys for Plaintiff Ronald A. Gargiulo

DATED: March __, 2005

VENUS SOLTAN
SOLTAN & ASSOCIATES

By:______________________
Venus Soltan
Attorneys for Plaintiff Steven McGee

MAR-14-2005 12:21 FROM:ROBBINS UMEDA FINK P 619 525 3991

2. The McGee action shall hereby be dismissed without prejudice.

DATED: March __, 2005

RICHARD A. ROSEN
ROBYN F. TARNOFSKY
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

ANDREW J. FRACKMAN
O'MELVENY & MYERS

TODD E. GORDINIER
STRADLING YOCCA CARLSON & RAUTH, A Professional Corporation

By: ______________________
Todd E. Gordinier

Attorneys for Defendants

DATED: March __, 2005

JEFFREY P. FINK
ROBBINS UMEDA & FINK LLP

By: ______________________
Jeffrey P. Fink
Attorneys for Plaintiff Ronald A. Gargiulo

DATED: March 16, 2005

VENUS SOLTAN
SOLTAN & ASSOCIATES

By: [signature]
Venus Soltan
Attorneys for Plaintiff Steven McGee

# ORDER

**IT IS HEREBY ORDERED** that:

1. The McGee action, case number SACV 05 0110 GHK (VBKx), is consolidated into SACV 05 103 GHK (VBKx) for all purposes with case number SACV 05 103 GHK (VBKx) designated as the lead case; and,

2. The McGee action is hereby dismissed without prejudice.

**Dated: March 21, 2005**

**By:** ______________________
**Honorable George H. King**
**United States District Judge**

-6-

STRADLING YOCCA CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

DOCSOC/1097600v1/12387-0103